```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  ROBERT E. DUGDALE
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    Assistant United States Attorney
 6  California Bar Number 93390
         Federal Courthouse, 14th Floor
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephone: (213) 894-2727
         Facsimile: (213) 894-7177
 9       Email: Michele.Marchand@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
```

JS6

FILED
CLERK, U.S. DISTRICT COURT
SEP - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | CV 07-05812-R(JTLx) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [Proposed] |
| v. | ) | CONSENT JUDGMENT OF FORFEITURE |
| | ) | |
| $1,538,477.32 in U.S. CURRENCY, | ) | |
| $49,365.84 in U.S. CURRENCY, | ) | TRIAL |
| and $146,231.22 in U.S. | ) | Date: September 7, 2010 |
| CURRENCY, | ) | Time: 9:00 a.m. |
| | ) | Before the Honorable Manuel L. |
| Defendants. | ) | Real, United States District Judge |
| ELI GICHON, | ) | |
| | ) | |
| Claimant. | ) | |

Plaintiff United States of America ("Plaintiff") initiated this action by filing a Complaint for Forfeiture ("Complaint") on September 6, 2007. Notice was given and published in accordance with law. Eli Gichon ("claimant") filed a claim on October 2, 2007. Claimant has not filed an answer. However, for the

purpose of this Consent Judgment, plaintiff waives its objection to claimant's failure to file an answer and the right to move for entry of default against claimant's interests. No other claims or answers have been filed, and the time for filing claims and answers has expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant $1,538,477.32 in U.S. Currency, $49,365.84 in U.S. Currency, and $146,231.22 in U.S. Currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to the defendant $1,538,477.32 in U.S. Currency, $49,365.84 in U.S. Currency, and $146,231.22 in U.S. Currency and all interest earned on thereon. No other person or entity shall have any right, title or interest in the forfeited currency. The United States Marshals Service is ordered to dispose of said asset in accordance with law.

4. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Federal Bureau of Investigation, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys'

1 | fees, costs or interest which may be asserted on behalf of the
2 | claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.
3 |     5. The Court finds that there was reasonable cause for the
4 | seizure of the defendant currency and institution of these
5 | proceedings. This judgment shall be construed as a certificate
6 | of reasonable cause pursuant to 28 U.S.C. § 2465.
7 | DATED: **Sept. 7**, 2010

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

DATED: September 2, 2010

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: August 25, 2010

KAPLAN, KENEGOS & KADIN

JERRY A. KAPLAN
Attorney for Claimant Eli Gichon

DATED: August 26, 2010

ELI GICHON, Claimant

3